**UNITED STATES DISTRICT COURT**
DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**  6500 Cherrywood Lane
UNITED STATES DISTRICT JUDGE  Greenbelt, MD  20770
(301) 344-0634

December 11, 2013

TO:  Counsel

RE:  United States of America v. Corie Gezo Yates
     Criminal Case No. DKC 13-0166

Dear Counsel:

This letter will confirm the matters discussed during yesterday's telephone conference. Discovery has not yet been provided to defense counsel and counsel agree that additional time is necessary. Accordingly, the trial date is cancelled. A further telephone conference will be held January 17 at 9:00 a.m. The court concludes that the ends of justice are served by a postponement of the trial in this case and that those interests outweigh the best interest of the public and the Defendants in a speedy trial.

Despite the informal nature of this letter, it constitutes an Order of the Court and the clerk is instructed to docket it as such.

Very truly yours,

/s/

DEBORAH K. CHASANOW
United States District Judge

cc:  Court File